**No. 61105.**—George Shluger and W. J. Byrnes & Co. of N. Y., Inc., et al. v. United States, protests 309970–K, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of lambskin plates similar to those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643) or *Prime Fur Corp.* v. *United States* (37 Cust. Ct. 83, C. D. 1802), the claim for free entry under paragraph 1681 was sustained.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinions in the cases of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480) and C. D. 1643, *supra*.

**No. 61106.**—E. Leitz, Inc. v. United States, protest 287545–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of printing boards and that the issue is the same in all material respects as that the subject of Abstract 59555, the claim of the plaintiff was sustained.

**No. 61107.**—Manca, Inc. v. United States, protests 288329–K and 289569–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of photographic lenses, the claim of the plaintiff was sustained.